In the Matter of the Accounting of WILLIAM ARROW-
SMITH, as Executor of PENELOPE MCCREA, Deceased.

LOUISE T. CRUSE et al., Appellants; WILLIAM ARROW-
SMITH, as Executor, et al., Respondents.

*Matter of Arrowsmith*, 162 App. Div. 623, affirmed.
(Argued January 4, 1915; decided January 19, 1915.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
May 29, 1914, which modified and affirmed as modified
a decree of the New York County Surrogate's Court set-
tling the accounts of William Arrowsmith, as executor of
Penelope McCrea, deceased.

*Paul Bonynge*, *William H. Harding, Jr.*, and *James
McBrien* for appellants.

*Vasco P. Abbott* and *Edgar M. Cullen* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J.; HISCOCK, CHASE,
COLLIN, HOGAN, MILLER and CARDOZO, JJ.